UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-62040-CIV-SINGHAL/VALLE

THE NORTH FACE APPAREL CORP.,
TBL LICENSING LLC, VANS, INC.,
ALTRA LLC, and JANSPORT APPAREL
CORP.,

    Plaintiffs,

v.

THENORTHFACEDANMARK.NET, a/k/a
northfacebaratas.com, *et al.*,

    Defendants.
_____/

## ORDER GRANTING MOTION TO ENFORCE JUDGMENT FOR A SPECIFIC ACT

**THIS CAUSE** is before the Court on Plaintiffs' Motion to Enforce Judgment for a Specific Act (DE [23]), filed on January 11, 2022. On November 1, 2021, Plaintiffs filed a Motion for Entry of Final Default Judgment and Permanent Injunction against Defendants, the Individuals, Business Entities, and Unincorporated Associations identified on Schedule "A" to the Motion (collectively "Defendants") for failure to appear, answer, or otherwise respond to the complaint within the time required (DE [14]). On December 8, 2021, the Court entered the Final Default Judgment and Permanent Injunction (the "Permanent Injunction") (DE [18]), which permanently enjoined Defendants from, among other acts, manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling, or offering to sell any products bearing Plaintiffs' trademarks.

In addition, the Permanent Injunction, among other things, ordered the Subject

Domain Names owned by Defendants "to be immediately transferred by Defendants, their assignees and/or successors in interest or title, and the Registrars to Plaintiffs' control."  *See* (DE [18]).  Furthermore, the Permanent Injunction ordered that (i) all rights, title, and interest to the Subject Domain Names be transferred by Defendants, their agent(s), or assign(s) to Plaintiffs; and that (ii) the Subject Domain Names be delisted or deindexed from all search engines per the written instruction of Defendants, their agent(s), or assign(s). *See id.*

Federal Rule of Civil Procedure 70 provides that, with respect to a party's failure to perform a specific act required by a judgment, "the court may order the act to be done—at the disobedient party's expense—by another person appointed by the court. When done, the act has the same effect as if done by the party."  Fed. R. Civ. P. 70(a). Because certain Defendants have failed to comply with the Court's domain transfer directive within the time period set forth in the Permanent Injunction, the Court finds it appropriate under Rule 70(a) to appoint a third party to execute the specific acts ordered in the Permanent Injunction on behalf of those Defendants.[1]  Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Motion to Enforce Judgment for a Specific Act (DE [23]) is hereby **GRANTED**;

2. The Court appoints the **CLERK OF COURT** as the third party to execute the documents attached as Composite Exhibit "1" to Plaintiffs' Motion (DE [23-1]),

---

[1] Plaintiffs limited their request for relief to certain websites and associated domain names.  Plaintiffs' relief is therefore limited to those specific Defendants and corresponding domain names identified on Schedule "A" to Plaintiffs' Motion to Enforce Judgment for a Specific Act (the "Noncomplying Defendants") (DE [23], at 6), which is attached to this Order.

and thereby transfer all dominion and control, and right, title, and interest in and to the Subject Domain Names identified on Schedule "A" hereto, from the Noncomplying Defendants to Plaintiffs, The North Face Apparel Corp., TBL Licensing LLC, Vans, Inc., Altra LLC, and Jansport Apparel Corp.

3. Plaintiffs are ordered to serve a copy of this Order upon the Noncomplying Defendants via e-mail to the e-mail addresses provided by each Noncomplying Defendant as part of the domain registration records for each of their respective domain names, including service via registrar, or directly on the website operating under each of their respective corresponding domain names, including customer service e-mail addresses and onsite contact forms; and by publicly posting a true and accurate copy of this Order on the website appearing at http://servingnotice.com/v7kVg/index.html, and file proof of such service with the Court.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 12th day of January 2022.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF

## SCHEDULE "A"
## NONCOMPLYING DEFENDANTS BY NUMBER AND SUBJECT DOMAIN NAME

| Defendant Number | Defendant / Subject Domain Name |
|---|---|
| 1 | northfacepolska.pl |
| 4 | bootsgreece.gr |
| 5 | bootssuomi.fi |
| 5 | timberlandstiefel.de |
| 8 | timberlandtenisky.cz |
| 12 | vansnorge.co.no |
| 14 | vansobchod.cz |
| 16 | vansslovensko.sk |
| 16 | vansstoreindia.in |
| 24 | altraolympus.fr |
| 24 | altrarunningcanada.co |
| 24 | altrarunning-mx.co |
| 24 | altraschuhe.de |
| 24 | altrasko.co |
| 24 | olympussale.co |